PD-0143-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 7/31/2015 1:38:38 PM
Accepted 8/3/2015 8:32:03 AM
ABEL ACOSTA
CLERK

## Cause No. PD-0143-15
## IN THE COURT OF CRIMINAL APPEALS
## FOR TEXAS

| | | |
|---|---|---|
| **CYNTHIA AMBROSE,** | § | |
| *Appellant/Petitioner,* | § | |
| | § | **On Discretionary Review** |
| **v.** | § | **From the Fourth Court of** |
| | § | **Appeals** |
| | § | **San Antonio, Texas** |
| **THE STATE OF TEXAS,** | § | **Cause No. 04-13-00788-CR** |
| *Appellant/Respondent.* | § | |

## STATE'S FIRST MOTION FOR
## EXTENSION OF TIME TO FILE BRIEF
## [UNOPPOSED]

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

Now comes the State of Texas, Respondent in the above styled and numbered cause, by and through the undersigned Assistant Criminal District Attorney, pursuant to Rules of Appellate Procedure 38.6 and 10.5, and respectfully requests a thirty (30) day extension of the time to file its brief in response. In support of this Motion, the State would show the following:

1. The State's brief is currently due on **August 6, 2015**.

2. The requested extension is **14 days** which, if granted, would make the State's brief due on **August 20, 2015**.

3. Extension is warranted due to the undersigned's present caseload which includes:

    a. Preparation of the State's Brief in Response for the Fourth Court of Appeals in *Adam Eannarino* v. *State*, 04-14-00894-CR, due August 5, 2015.

    b. Preparation for trial in the case of *State v. Mark McGee* (Burglary), set August 3, 2015 in the 175th District Court for Bexar County.

    c. Preparation for trial case of *State v. Christopher Zavala*, (Online Solicitation of a Minor) 2012-CR-6759, set August 10, 2015, in the 226th District Court for Bexar County.

4. Extension is requested because the State requires additional time to compose a response that will adequately assist this Court in rendering its opinion.

5. This is the State's first motion for extension of a briefing deadline in this case before this court. The State does not anticipate the need for additional extensions.

## PRAYER

BY THE FOREGOING REASONS AND AUTHORITIES, the State of Texas respectfully prays this Honorable Court grant it an additional fourteen (14) days in which to file its brief in response.

Respectfully Submitted:

S. Patrick Ballantyne
Assistant Criminal District Attorney
Bexar County, Texas
State Bar # 24053759
101 W. Nueva St., 7th floor
San Antonio, Texas 78205
210-335-2277 (phone)
sballantyne@bexar.org

## CERTIFICATE OF SERVICE

I, S. Patrick Ballantyne, hereby certify that a true and correct copy of this Brief was transmitted this 31st day of July, 2015, to Dayna L. Jones, attorney of record for Petitioner by electronic service through a court approved eFiling system.

S. Patrick Ballantyne